UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVSION

In re:   Casa Vino LLC                        § Case No. 0:17-bk-20499
                                              §
                                              §
Debtor(s)                                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

   Chad S. Paiva, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $211,677.36                    Assets Exempt:        N/A
*(without deducting any secured claims)*

Total Distribution to Claimants:  $7,538.83       Claims Discharged
                                                  Without Payment:     N/A

Total Expenses of Administration:  $17,449.86

   3) Total gross receipts of $24,988.69 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $24,988.69 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | 1,295.00 | 596.46 | 596.46 | 596.46 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,449.86 | 17,449.86 | 17,449.86 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 666,855.72 | 269,671.57 | 269,671.57 | 6,942.37 |
| **TOTAL DISBURSEMENTS** | **$668,150.72** | **$287,717.89** | **$287,717.89** | **$24,988.69** |

      4)  This case was originally filed under Chapter 7 on 08/18/2017. The case was pending for 33 months.

      5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

      6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/11/2020            By:  /s/ Chad S. Paiva
                                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE¹ | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 GMC Truck | 1129-000 | 3,900.00 |
| Accounts receivable | 1129-000 | 225.00 |
| First Citizens Bank | 1129-000 | 842.16 |
| Ford E450 Super Duty Truck | 1129-000 | 3,400.00 |
| ADV vs Ally Financial | 1241-000 | 6,716.53 |
| ADV vs SunTrust | 1241-000 | 4,905.00 |
| Bank of America Settlement | 1241-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$24,988.69** |

¹ The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Beacon Funding | 4210-000 | 1,295.00 | 0.00 | 0.00 | 0.00 |
| | Beacon Funding | 4210-000 | N/A | 596.46 | 596.46 | 596.46 |
| **TOTAL SECURED CLAIMS** | | | **$1,295.00** | **$596.46** | **$596.46** | **$596.46** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chad S. Paiva | 2100-000 | N/A | 3,248.87 | 3,248.87 | 3,248.87 |
| Chad S. Paiva | 2200-000 | N/A | 131.68 | 131.68 | 131.68 |
| Steven Fender PA | 3210-000 | N/A | 4,850.00 | 4,850.00 | 4,850.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| G STEVEN FENDER, ESQ. | 3220-000 | N/A | 979.00 | 979.00 | 979.00 |
| Yip Associates | 3410-000 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Yip Associates | 3420-000 | N/A | 29.15 | 29.15 | 29.15 |
| National Auction Company | 3620-000 | N/A | 1,144.00 | 1,144.00 | 1,144.00 |
| BQ Appliances Corp. | 2420-000 | N/A | 235.00 | 235.00 | 235.00 |
| Florida Power and Light | 2420-000 | N/A | 627.05 | 627.05 | 627.05 |
| Mr. Shapries | 2420-000 | N/A | 205.11 | 205.11 | 205.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$17,449.86** | **$17,449.86** | **$17,449.86** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | State of Florida | 5800-000 | N/A | 0.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Black Hawk Imports | 7100-000 | 6,826.28 | 14,804.73 | 14,804.73 | 383.00 |
| 2 | SunTrust Bank | 7100-000 | 10,721.31 | 11,069.30 | 11,069.30 | 286.37 |
| 3 | LUXE Wines & Spirits | 7100-000 | 6,027.00 | 6,328.35 | 6,328.35 | 163.72 |
| 4 | Florida Power & Light | 7100-000 | N/A | 325.32 | 325.32 | 8.42 |
| 5 | Wide Merchant Investment, Inc. | 7100-000 | 24,225.06 | 24,225.06 | 24,225.06 | 626.71 |
| 6 | Morande USA, LLC | 7100-000 | 363,006.18 | 211,598.81 | 211,598.81 | 5,474.15 |
| 7 | Vini DItalia,inc | 7200-000 | 1,320.00 | 1,320.00 | 1,320.00 | 0.00 |
| NOTFILED | Aiko Importers | 7100-000 | 21,299.14 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Alma Wines | 7100-000 | 3,031.96 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 37,192.95 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Calini Group AKA MHW, LTD. | 7100-000 | 2,082.50 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Chantovent SA | 7100-000 | 16,800.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | CharlesJacquins, Et Cle, Inc | 7100-000 | 8,105.60 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Heredad America Imports, LLC | 7100-000 | 28,900.55 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Jack Poust & Company | 7100-000 | 3,039.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Marzano Imports | 7100-000 | 3,348.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 300.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Prosure Bonding Group | 7100-000 | 100,000.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | SPG Lauderhill, LLC | 7100-000 | N/A | 0.00 | 0.00 | 0.00 |
| NOTFILED | Spirits Imports | 7100-000 | 30,630.19 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$666,855.72** | **$269,671.57** | **$269,671.57** | **$6,942.37** |

Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 17-20499 SMG  
**Case Name:** Casa Vino LLC  
**Period Ending:** 05/11/20

**Trustee:** Chad S. Paiva  
**Filed (f) or Converted (c):** 08/18/17 (f)  
**§341(a) Meeting Date:** 09/26/17  
**Claims Bar Date:** 12/26/17

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America Checking<br>no value | 0.00 | 0.00 | | 0.00 | FA |
| 2 | First Citizens Bank | 0.00 | 842.16 | | 842.16 | FA |
| 3 | Accounts receivable<br>(see footnote) | 21,488.90 | 225.00 | | 225.00 | FA |
| 4 | Wine<br>Abandoned Per Order DE#45 | 124,383.75 | 0.00 | OA | 0.00 | FA |
| 5 | Office Furniture and Equipment<br>Abandoned Per Order DE#45 | 11,143.20 | 0.00 | OA | 0.00 | FA |
| 6 | 2005 GMC Truck<br>Per Report of Auction DE#50 | 5,900.00 | 3,900.00 | | 3,900.00 | FA |
| 7 | Ford E450 Super Duty Truck<br>Per Report of Auction DE#50 | 14,226.70 | 2,803.54 | | 3,400.00 | FA |
| 8 | 401(k) plan - Mass Mutual<br>Only one member in 401k; proceeds were rolled over into his individual IRA and 401 was closed. | 76,150.41 | 0.00 | | 0.00 | FA |
| 9 | ADV vs SunTrust (u) | 4,905.00 | 4,905.00 | | 4,905.00 | FA |
| 10 | ADV vs Ally Financial (u)<br>Per DE #65 | 6,716.53 | 6,716.53 | | 6,716.53 | FA |
| 11 | Bank of America Settlement (u)<br>Per DE #63 | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$269,914.49** | **$24,392.23** | | **$24,988.69** | **$0.00** |

**Major activities affecting case closing:**  
CBD: 12/26/17

Tax Return Status:  Tax Return filed

**Initial Projected Date of Final Report (TFR):** December 31, 2019         **Current Projected Date of Final Report (TFR):** September 11, 2019 (Actual)

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-20499 SMG | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | Casa Vino LLC | Bank Name: | Signature Bank |
| | | Account: | ******6009 - Checking |
| Taxpayer ID#: | **-***5184 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 05/11/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/24/17 | Asset #3 | Margomes Corp. | A/R invoice #141272 | 1129-000 | 225.00 | | 225.00 |
| 08/30/17 | Asset #2 | Casa Vino, LLC | balance bank account First Citizens | 1129-000 | 842.16 | | 1,067.16 |
| 11/15/17 | | National Auction Company, Inc. | Per Report of Sale DE#50 | | 7,300.00 | | 8,367.16 |
| 11/15/17 | Asset #6 | National Auction Company, Inc. | Per Report of Sale DE#50    3,900.00 | 1129-000 | | | 8,367.16 |
| 11/15/17 | Asset #7 | National Auction Company, Inc. | 3,400.00 | 1129-000 | | | 8,367.16 |
| 11/15/17 | 1001 | Mr. Shapries | Per Order DE#48 | 2420-000 | | 205.11 | 8,162.05 |
| 11/15/17 | 1002 | BQ Appliances Corp. | Per Order DE#48 | 2420-000 | | 235.00 | 7,927.05 |
| 11/15/17 | 1003 | Florida Power and Light | Partial Payment - Per Order DE#48 | 2420-000 | | 627.05 | 7,300.00 |
| 11/28/17 | 1004 | Beacon Funding | Asset #7 - Re: BFC11282-01<br>Pay off Ford E450 - per Order DE#47 | 4210-000 | | 596.46 | 6,703.54 |
| 11/28/17 | 1005 | National Auction Company | Per Report of Auction DE#50 | 3620-000 | | 1,144.00 | 5,559.54 |
| 07/09/19 | Asset #9 | SunTrust | $4,905 judgment entered in favor of Trustee and against SunTrust on 6/11/19 (DE#9) in Adv # 19-1095 | 1241-000 | 4,555.00 | | 10,114.54 |
| 07/09/19 | Asset #9 | SunTrust | $4,905 judgment entered in favor of Trustee and against SunTrust on 6/11/19 (DE#9) in Adv # 19-1095 | 1241-000 | 350.00 | | 10,464.54 |
| 07/24/19 | Asset #10 | Ally | DE#65 Order approving settlement between Trustee and Ally Bank | 1241-000 | 6,716.53 | | 17,181.07 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 17-20499 SMG | Trustee: | Chad S. Paiva |
| --- | --- | --- | --- |
| Case Name: | Casa Vino LLC | Bank Name: | Signature Bank |
|  |  | Account: | ******6009 - Checking |
| Taxpayer ID#: | **-***5184 | Blanket Bond: | $52,222,000.00 (per case limit) |
| Period Ending: | 05/11/20 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/01/19 | Asset #11 | Bank of America | DE#63 order approving compromise between trustee and Bank of America | 1241-000 | 5,000.00 |  | 22,181.07 |
| 11/01/19 | 1006 | Chad S. Paiva | Dividend of 100.000000000% | 2100-000 |  | 3,248.87 | 18,932.20 |
| 11/01/19 | 1007 | Chad S. Paiva | Dividend of 100.000000000% | 2200-000 |  | 131.68 | 18,800.52 |
| 11/01/19 | 1008 | G STEVEN FENDER, ESQ. | Dividend of 100.000000000% | 3220-000 |  | 979.00 | 17,821.52 |
| 11/01/19 | 1009 | Steven Fender PA | Dividend of 100.000000000% | 3210-000 |  | 4,850.00 | 12,971.52 |
| 11/01/19 | 1010 | Yip Associates | Dividend of 100.000000000% | 3410-000 |  | 6,000.00 | 6,971.52 |
| 11/01/19 | 1011 | Yip Associates | Dividend of 100.000000000% | 3420-000 |  | 29.15 | 6,942.37 |
| 11/01/19 | 1012 | Black Hawk Imports | Dividend of 2.587042811%, Claim No. 1 | 7100-000 |  | 383.00 | 6,559.37 |
| 11/01/19 | 1013 | Florida Power & Light | Dividend of 2.587042811%, Claim No. 4 | 7100-000 |  | 8.42 | 6,550.95 |
| 11/01/19 | 1014 | LUXE Wines & Spirits | Dividend of 2.587042811%, Claim No. 3 | 7100-000 |  | 163.72 | 6,387.23 |
| 11/01/19 | 1015 | Morande USA, LLC | Dividend of 2.587042811%, Claim No. 6; Stopped on 01/31/2020 | 7100-000 |  | 5,474.15 | 913.08 |
| 11/01/19 | 1016 | SunTrust Bank | Dividend of 2.587042811%, Claim No. 2 | 7100-000 |  | 286.37 | 626.71 |
| 11/01/19 | 1017 | Wide Merchant Investment, Inc. | Dividend of 2.587042811%, Claim No. 5 | 7100-000 |  | 626.71 | 0.00 |
| 01/31/20 | 1015 | Morande USA, LLC | Dividend of 2.587042811%, Claim No. 6; Stopped: Check issued on 11/01/2019 | 7100-000 |  | -5,474.15 | 5,474.15 |

Page: 3

# Form 2
## Cash Receipts and Disbursements Record

| | |   | | |
|---|---|---|---|---|
| **Case Number:** | 17-20499 SMG | | **Trustee:** | Chad S. Paiva |
| **Case Name:** | Casa Vino LLC | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******6009 - Checking |
| **Taxpayer ID#:** | **-***5184 | | **Blanket Bond:** | $52,222,000.00 (per case limit) |
| **Period Ending:** | 05/11/20 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/20 | 1018 | Morande USA, LLC | Reissued check to attorney for creditor that filed claim. Check not mailed until receipt of confirmation that stop payment issued on prior check. | 7100-000 | | 5,474.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 24,988.69 | 24,988.69 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 24,988.69 | 24,988.69 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,988.69** | **$24,988.69** | |

| | | | | | |
|---|---|---|---|---|---|
| Net Receipts: | $24,988.69 | | **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| Net Estate: | $24,988.69 | | **Checking # ******6009** | 24,988.69 | 24,988.69 | 0.00 |
| | | | | $24,988.69 | $24,988.69 | $0.00 |